ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 16 2020
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| RICKY BADLEY (01) | 4-20CR-246-O |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Stalking
(Violation of 18 U.S.C § 2261A(2)(B))

From in or about September 2019, continuing through in or about June 2020, in the Fort Worth Division of the Northern District of Texas, the defendant, **Ricky Badley**, with the intent to injure, harass, and intimidate another person, used the mail, interactive computer services, and electronic communication services of interstate commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a person, in that: **Badley** repeatedly sent text messages, mailed letters, and used social media applications to injure, harass, and intimidate V-1.

In violation of 18 U.S.C § 2261A(2)(B).

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
NANCY E. LARSON
Assistant United States Attorney
D.C. Bar No. 430780
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

RICKY BADLEY   (01)

INDICTMENT

18 U.S.C § 2261A(2)(B)
Stalking
1 Count

A true bill rendered

FORT WORTH                                                                 FOREPERSON

Filed in open court this 16th day of September, 2020.

**Defendant in Federal Custody.**

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:20-MJ-582-BJ(01)